
FILED
JAN 0 6 2017
Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-125-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| CODY PEYTON BROWN, | |
| Defendant. | |

Upon the United States' Unopposed Motion to Dismiss Indictment without Prejudice (Doc. 48) under Rule 48(a) of the Federal Rules of Criminal Procedure, and for good cause shown,

IT IS HEREBY ORDERED that the indictment in this case is **DISMISSED WITHOUT PREJUDICE.**

DATED this 5th day of January, 2017.

SUSAN P. WATTERS
United States District Judge