

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CODY PEYTON BROWN,<br><br>Defendant. | CR 15-125-BLG-SPW<br><br><br>ORDER DISMISSING<br>INDICTMENT WITH<br>PREJUDICE |

Upon the United States' Unopposed Motion to Dismiss Indictment with Prejudice (Doc. 51), and good cause appearing in support thereof,

IT IS HEREBY ORDERED that the Indictment in this matter is **DISMISSED with prejudice**.

DATED this 9th day of July, 2018.

SUSAN P. WATTERS
United States District Court Judge

1